**EXHIBIT A**

State of Illinois          )
                           ) ss
County of St. Clair        )

**UNSWORN DECLARATION UNDER PENALTY OF PERJURY
IN SUPPORT OF COMPLAINT FOR FORFEITURE**

I, Bradley M. Pickerel, do hereby depose and declare under penalty of perjury the following:

1. At all times relevant herein, I have been a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA). The contents of this Declaration are based on information provided to me during the course of my investigation from participants in the criminal activity, from other witnesses, and from other law enforcement officers.

2. On August 12, 2020, The Honorable United States Magistrate Judge, David D. Noce, of the Eastern District of Missouri, issued a Federal Search Warrant for the residence of Ahmad MERIWEATHER located in Saint Louis, Missouri.

3. On August 17, 2020, Agents from the Fairview Heights (Illinois) Resident Office (FHRO), established visual surveillance of MERIWEATHER's residence.

3. At approximately 1:56 p.m., agents observed that MERIWEATHER's rental vehicle, a gray Ford Fusion, bearing a Michigan registration, had arrived at the residence and was parked in the driveway, and MERIWEATHER had entered the residence.

4. At approximately 2:10 p.m., agents observed MERIWEATHER exit the residence and enter the Ford Fusion. MERIWEATHER departed the residence and began driving south on Benham Road with Agents following and maintaining visual surveillance.

5. At approximately 2:15 p.m., Agents observed MERIWEATHER pull into the BP Gas Station, located at 12095 Benham Road in Saint Louis, Missouri, 63138. MERIWEATHER parked at a gas pump, exited his vehicle, and began pumping gas. Agents quickly approached

MERIWEATHER and advised him that he was under arrest and placed him into handcuffs. Subsequent to a search incident to arrest, a large bundle of cash, later determined to be $6,460.00 in United States currency, along with a plastic bag containing approximately 34.3 gross grams of suspected cannabis, and an iPhone cell phone, were located inside the pants pockets of MERIWEATHER. Inside the bundle of cash, agents located MERIWEATHER's Missouri Driver's License, Visa debit card, and Ultimate Defense Firing Range Membership card.

6. Agents looked inside MERIWEATHER's vehicle and observed in plain view, a loaded Glock 17 pistol, bearing Serial Number BBBN376, partially concealed underneath the front driver's seat. An Alcatel cell phone laying on the front passenger seat was also seized by agents for evidentiary purposes.

7. Agents then executed the search warrant on MERIWEATHER's residence where additional firearms, ammunition, drugs, and United States currency were located and seized.

8. During an interview on September 3, 2020, MERIWEATHER was asked about the numerous firearms, ammunition, drugs, and United States currency that were seized during his arrest and the subsequent search of his residence.

9. MERIWEATHER admitted the Glock 17 pistol, located inside his vehicle, belonged to him. MERIWEATHER stated he purchased the gun for $500 approximately 3-4 months ago at a Mobil gas station in West Saint Louis, Missouri. MERIWEATHER stated he was with a friend, Darron REDMAN, when a mutual friend of REDMAN sold MERIWEATHER the gun. MERIWEATHER stated he bought the firearm for protection and usually does not carry it, but carried it that day to protect himself.

10. According to the National Firearms Registration and Transfer Record, the Glock 17

pistol was purchased from Sportman's Mercantile in New Hamburg, Missouri by Michael Lynn McCormack.

11. Agents spoke with McCormack who stated that he had purchased the firearm but then traded the firearm to someone else.

12. Based on the foregoing, declarant believes that the Glock 17 pistol, bearing serial number BBBN376 and any and all ammunition contained therein or seized therewith constitutes a firearm used or intended to be used to facilitate the transportation, sale, receipt, possession or concealment of a controlled substance and any proceeds traceable to such property, and is thus subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(11).

Executed on this 13th day of January, 2021.

BRADLEY M. PICKEREL
Task Force Officer
Drug Enforcement Administration